**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Chirch Global Manufacturing, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 80-0242037 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

320 Cary Point Drive, Unit A
Cary, IL 60013
Number, Street, City, State & ZIP Code

P.O. Box, Number, Street, City, State & ZIP Code

McHenry
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | http://www.chirchmfg.com/ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor   Chirch Global Manufacturing, LLC

Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3329

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

Debtor   Chirch Global Manufacturing, LLC
         Name

Case number (*if known*) _____

| | |
|---|---|
| **11. Why is the case filed in *this district?*** | *Check all that apply:* |
| | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No |
| | ■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other   Chirch Global Manufacturing has customer tools in its possession. The tools have been supplied by and/or have been purchased, paid for and are owned by the customers. The tools are used on the company's equipment to produce and fulfill part-specific customer purchase orders.

**Where is the property?**   320 Cary Point Dr, Unit A
                              Cary, IL, 60013-0000
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency   Presidio
         Contact name       Amanda Niemiec
         Phone              630-524-6163

---

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:* |
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| **14. Estimated number of creditors** | | | | |
|---|---|---|---|---|
| | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 | |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 | |
| | ■ 200-999 | | | |

| **15. Estimated Assets** | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | | | |
|---|---|---|---|
| | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Chirch Global Manufacturing, LLC                                    Case number (if known)
          Name

Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 29, 2019
               MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title    Manager

Anthony L. Chirchirillo
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Erich S. Buck, Esq. #6274635
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone    312-435-1050        Email address    esb@ag-ltd.com

#6274635 IL
Bar number and State

Date    July 29, 2019
        MM / DD / YYYY

7/29/19 4:28PM

| Debtor | Chirch Global Manufacturing, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

### ▓ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 29, 2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Anthony L. Chirchirillo
Printed name

Title    Manager

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    July 29, 2019
MM / DD / YYYY

Erich S. Buck, Esq. #6274635
Printed name

Adelman & Gettleman, Ltd.
Firm name

53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone    312-435-1050    Email address    esb@ag-ltd.com

#6274635 IL
Bar number and State

**United States Bankruptcy Court**
**Northern District of Illinois**

In re    Chirch Global Manufacturing, LLC

Debtor(s)

Case No.
Chapter      7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    307

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:     July 29, 2019

Anthony L. Chirchirillo/Manager
Signer/Title

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com

Best Case Bankruptcy

1st Ayd Corporation
1325 Gateway Drive
Elgin, IL 60124


A&T Sort Company SA DE CV
Salvador Gonzalez Lobo No. 2000
Republica Oriente
Saltillo, Coahuila 25280-0000
Mexico


ABLE Electropolishing Co, Inc
PO Box 83088
Chicago, IL 60691


Accent Metal Finishing
9331 West Byron
Schiller Park, IL 60176


Accurate Metal Finishing Company
359 Sola Drive
Gilberts, IL 60136


Accurate Personnel Services
33 S. Roselle Road
Schaumburg, IL 60193


Addison Abrasives Inc
341 W Interstate Road
Addison, IL 60101


Adkev, Inc.
664 S. Iroquois St.
PO Box 390
Goodland, IN 47948


Aerotek Commercial Staffing
PO Box 198531
Atlanta, GA 30384-8531


Airgas USA, LLC.
PO Box 802576
Chicago, IL 60680-2576

Alfredo Mejia
2401 Commons Drive Apt 1 H
Woodstock, IL 60098


All Industrial Electric, Inc.
432 E. State Parkway
Schaumburg, IL 60173


Alpha Star and Mold, Inc
11 BURDENT DRIVE
Crystal Lake, IL 60014


Alro Steel Corporation
24876 Network Place
Chicago, IL 60673-1248


Amada America, Inc
3689 Solutions Center
Chicago, IL 60677-3006


Amada Capital Corporation
P.O. Box 31001-1445
Pasadena, CA 91110-1445


Amada Capital Corporation
7025 Firestone Blvd
Buena Park, CA 90621


American Calibration, Inc.
C/O Riviera Finance
PO Box 310243 Dept 70402
Des Moines, IA 50331-0243


American First Aid is now Western First
AUCA Western First Aid & Safety Lockbox
P.O. Box 734514
Dallas, TX 75373-4514


American Industrial Powder Coating
200 Knigtsbridge Drive
Mundelein, IL 60060


American Metal Fibers
13420 Rockland Road
Lake Bluff, IL 60044

AmLed Technologies
1035 Hilltop Drive
Itasca, IL 60143


Anfinsen Plastic Molding
445 Treasure Drive
Suite B
Oswego, IL 60543


Anthony L. Chirchirillo
585 Illinois Avenue
Green Lake, WI 54941


Aramark Uniform Services
AUCA Chicago MC LockBox
25259 Network Place
Chicago, IL 60673-1252


Arlington Fasteners
PO Box 590
Barrington, IL 60010


AT&T
PO Box 8100
Aurora, IL 60507-8100


Audiometric Associates
199 Randall Street
Elk Grove Village, IL 60007


Avid Packaging
9114 Virginia Road
Lake in the Hills, IL 60156


Basic Metals, Inc.
W180 N11819 River Lane
Box #757
Germantown, WI 53022


Ben's Expediting
37737 North Greenbay Road
Beachpark, IL 60087

Biehl & Biehl Inc
PO Box 87410
Carol Stream, IL 60188-7410

BL Downey
2125 Gardner Rd.
Broadview, IL 60155

Blumberg Machinery Co
2101 Waukegan Road #305
Bannockburn, IL 60015

Bolman Die Services, Inc.
25776 D'Hondt
Chesterfield, MI 48051

Brady Corporation
6555 W. Good Hope Rd.
Milwaukee, WI 53223

BWB Graphics & More
PO Box 721
Wonder Lake, IL 60097

C.H. Robinson Worldwide
PO Box 9121
Minneapolis, MN 55480-9121

Calco LTD.
960 Muirfield Drive
Hanover Park, IL 60133

Canon Virginia, Inc
12000 Canon Blvd
Newport News, VA 23606

Card Center
PO Box 740846
Cincinnati, OH 45274-0846

Cardunal Office Supply
100 Detroit Street
Cary, IL 60013

Caril Metals, Inc.
217 N. State Street
Marengo, IL 60152


Carlisle Fluid Technologies
Ringwood Road
Bournemouth, DORSET BH11 9LH
United Kingdom


Central Steel & Wire Company
PO Box 734082
Chicago, IL 60673-4082


Chicago Anodizing Company
4112 W. Lake Street
Chicago, IL 60624


Chicago Coating Technologies
1926 E. Siebenthaler Avenue
Dayton, OH 45414


Chicago Suburban Express, Inc.
PO Box 388568
Chicago, IL 60638


Chirch II, LLC, a Wisconsin limited
liability company
585 Illinois Ave
Green Lake, WI 54941-9704


Christopher Oginski
9903 Creekside Drive
Wonder Lake, IL 60097


Christopher York
521 Kresswood Drive
McHenry, IL 60050


Christy Metals, Inc.
PO Box 8206
Northfield, IL 60093


Classic Molding Co. Inc.
3800 Wesley Terrace
Schiller Park, IL 60176

Chirch Global Manufacturing, LLC

Clayton Metals, Inc.
#774011
4011 Solutions Center
Chicago, IL 60677-4000


CLC Lubricants
PO Box 764
Geneva, IL 60134-0764


Clingan Steel
2525 Arthur Avenue
Elk Grove Village, IL 60007


Coating Methods, Inc
853 Commerce Parkway
Carpentersville, IL 60110


Colony Display, Inc.
2500 Galvin Dr.
Elgin, IL 60124


Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601


Comcast Cable
PO Box 3001
Southeastern, PA 19398-3001


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Component Tool & Mfg. Co.
25416 Dixie Hwy.
Crete, IL 60417


Compsolve, Inc
877 Hopkins Road
Williamsville, NY 14221


CompX Fort
715 Center St.
Grayslake, IL 60030

Contech Lighting
725 Landwehr Road
Northbrook, IL 60062


Conveyor Solutions, Inc
902 Morse Ave.
Schaumburg, IL 60193


Cornelius
101 Regency Drive
Glendale Heights, IL 60139


Crown Lift Trucks
PO Box 641173
Cincinnati, OH 65264-1173


Cutting Edge Communications, Inc.
764 Grandview Drive
Crystal Lake, IL 60014


Data Weighing Systems, Inc.
255 Mittel Dr.
Wood Dale, IL 60191


Dayton Coating Technologies
1926 E. Siebenthaler Avenue
Dayton, OH 45414


Delta Industries
2201 W. Curtiss Street
Downers Grove, IL 60515


Delta Industries
5235 Katrine Ave
Downers Grove, IL 60515


Dentsply Trubyte
C/O Shared Services Center
PO Box 2846
York, PA 17405-2846


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphoa, PA 19101-7346

Deven Transport, Inc.
909 Fairway Drive
Bensenville, IL 60106


Dies Plus Inc
1425 E. Industrial Dr.
Itasca, IL 60143


Diverse Tooling, Inc.
1590 Pilgrim Road
Plymouth, WI 53073


DRS Industries, Inc.
1067 Hamilton Dr.
Holland, OH 43528


Dyna Burr
65 East Lake Street
Northlake, IL 60164


E&J Precision
4215 W. Orleans Street
McHenry, IL 60050


Epicor Software Corporation
804 Las Cimas Parkway
Suite 100
Austin, TX 78746


Esmark Steel Group
MW LLC
75 Remittance Drive Dept 3126
Chicago, IL 60675-3126


Express Personnel Services, Inc
Express Services Inc
P.O. Box 203901
Dallas, TX 75320-3901


Extractor Corporation
685 Martin Drive
P.O. Box 99
South Elgin, IL 60177

Fabrik Molded Plastics
5213 Prime Parkway
McHenry, IL 60050


Fastenal
P.O. Box 978
Winona, MN 55987-0978


Fastenal Cary
760 Industrial Drive
Cary, IL 60013


Federal Express
PO Box 94515
Palatine, IL 60094-4515


Fenner, Inc
PO Box 347604
Pittsburgh, PA 15251-4604


Fernando Arreloa
2326 Masters Lane
Round Lake Beach, IL 60073


Fox Valley Fire & Safety
2730 Pinnacle Drive
Elgin, IL 60124


FPM, LLC
LBX# 774753
4753 Solutions Center
Chicago, IL 60677-4007


Frawley LED, Inc
315 Vine Street
Woodstock, IL 60098


Freedman Seating Company
4545 W. Augusta Blvd.
Chicago, IL 60651


Gage Grinding Co., Inc.
40 Detroit Street
Cary, IL 60013

GAMA Electronics Inc.
P.O. Box 1488-T
Crystal Lake, IL 60039


GATTO INDUSTRIAL PLATERS, INC.
PO Box 88370
Milwaukee, WI 53288-0370


GF Machining Solutions
560 Bond Street
Lincolnshire, IL 60069


Gladwin Machinery & Supply Company
636 East State Parkway
Schaumburg, IL 60173


Grainger
475 E. Algonquin Road
Arlington Heights, IL 60005-4620


Graphics Systems Corporation
W189 N11161 Kleinmann Drive
Germantown, WI 53022


Gregory Luther
7904 Oak Street
Richmond, IL 60071


Grove Plating
400 Algonquin Road
Fox River Grove, IL 60021


Groves, Inc
818 Trakk Ln
Woodstock, IL 60098


Haag Engineering
1410 Lakeside Parkway
Suite 100
Flower Mound, TX 75028


Helene's Courier Express, Inc.
P.O. Box 1393
Crystal Lake, IL 60039

Helio Precision Products DBA HN Precisio
601 North Skokie Hwy
Lake Bluff, IL 60044


Hendrickson Bumper & Trim
800 S Frontage Road
Woodridge, IL 60517


Heritage-Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136


Horizon Steel
PO Box 5626
Carol Stream, IL 60197-5626


Hu-Friedy Mfg. Co.
3232 N Rockwell St
Chicago, IL 60618


Hudson Tool Steel Company, LLC (FKA) BTS
P.O. Box 9100
Berlin, NH 03570-9100


Humana Insurance Company
PO Box 533
Carol Stream, IL 60132-0533


Hutchison Tool Sales
350 Country Club Drive
Bensenville, IL 60106


HyperAMS
1501 N. Michael Drive
Wood Dale, IL 60191


IHT Heat Treating Corporation
775 Tek Dr
Crystal Lake, IL 60014


Illinois BIS
1100 East Warrenville Road
Naperville, IL 60563

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035


IMEC
404 Jobst Hall
Peoria, IL 61625


Indak
1915 Techny Rd
Northbrook, IL 60062


Inspectra
MRA049B
Marsa Industrial Estate
Marsa
Malta


Integris Group
3880 N Main Street
East Peoria, IL 61611


International Packing & Crating
5800 Turnberry Dr.
Hanover Park, IL 60133


Interstate Battery
333 W. State Road
Island Lake, IL


ISB
2300 Victoria Avenue
Quebec H8S 1Z3
Canada


ITW Deltar Engineered Components
22501 S. Bohlmann Parkway
Richton Park, IL 60471


ITW Motion
21601 South Harlem Avenue
Frankfort, IL 60423

ITW Tekfast
21555 S Harlem Ave.
Dock B
Frankfort, IL 60423


J.A. Frate Inc.
1202 S. IL Route 31
McHenry, IL 60050


JA Nationwide
1202 S. Il Route 31
McHenry, IL 60050


Jan-Pro of Northern Illinois
136 Shore Drive
Burr Ridge, IL 60527


Jarvis Corp.
1950 Estes Ave
Elk Grove Village, IL 60007


Jatco Incorporated
725 Zwissig Way.
Union City, CA 94587


Jeff Tytel
Tytel Images Unlimited
9790 Liberty Circle #2E
Orland Hills, IL 60467


JHP Fasteners, Inc.
610 Maryland NE
Grand Rapids, MI 49505


Juan Ornelas


K. Umbricht, Inc.
1098 Windridge Drive
Crystal Lake, IL 60014-8365


Kevin's Offroad
8050 N. 19th Avenue
#105
Phoenix, AZ 85021

Knox and Schneider, Inc.
P.O. Box 34
LaGrange, IL 60525


Lakone Company
1003 Aucutt Road
Montgomery, IL 60538


Lane Tool and MFG. Co.
655 Sundown Rd.
South Elgin, IL 60177


Lapham-Hickey Steel Corp - Chicago
Lockbox #774736
4736 Solutions Center
Chicago, IL 60677-4007


Larsen Mfg.
1201 Allanson Road
Mundelein, IL 60060


Lawrence and Frederick Inc
501 E. Lake St.
Streamwood, IL 60107


Leggett & Platt, Inc.  C/O Schukra Of No
360 Silver Creek, RR #1
Tecumseh, ON N8N  4Y3
Canada


Liberty National Life Insurance
PO Box 268892
Oaklahoma City, OK 73126


Luis Juarez
362 Farmingdale Circle
Vernon Hills, IL 60061


M-Wave International LLC
100 High Grove Blvd
Glendale Heights, IL 60139


Machine Technology Corporation
221 Erick Street
Crystal Lake, IL 60014

Machine Tool Solutions
4401 Northgate Ct.
Carpentersville, IL 60110


Manufacturers Capital
A Division of Commerical Credit Group In
227 W Trade Street, Suite 1450
Charlotte, NC 28260-0121


Manufacturers Capital
A Division of CCG on Behalf of Itself an
227 West Trade Street, Suite 145
Charlotte, NC 28202


Manufacturers Capital, LLC
414 Canal Street
New Smyrna Beach, FL 32168


Masley
2207 Concord Pike PMB 190
Wilmington, DE 19803-2908


Mate Precision Tooling
1295 Lund Boulevard
Anoka, MN 55303


Matrix4, Inc.
610 E. Judd Street
Woodstock, IL 60098


Matt Armbrust
8404 Russell Street
Cary, IL 60013


Mazak Corporation
Midwest-Chicago
PO Box 702300
Cincinnati, OH 45270-2300


McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690

Met2Plastic, LLC
701 Lee Street
Elk Grove Village, IL 60007-1121


Metal-Matic, Inc.
NW 8698
PO Box 1450
Minneapolis, MN 55485-8698


Metals Technologies
120 North Schmale Road
Carol Stream, IL 60188-2151


Methode Electronics Malta Ltd
PO BOX 117
MARSA GPO 01
Malta


Methode US
111 W. Buchanan St.
Carthage, IL 62321-0130


Michael Chirchirillo
2016 N Prospect Avenue
Milwaukee, WI 53202


Micron Metal Finishing
8585 S 77th Avenue
Bridgeview, IL 60455


Middleby Corp
1400 Toastmaster Dr.
Elgin, IL 60120-9272


Midland Packaging Disply
3545 Nicholson Road
Franksville, WI 53126


Midwest Molding Inc.
1560 Hecht Drive
Bartlett, IL 60103


Millenia Metals
1345 Norwood Avenue
Itasca,, IL 60143

Millennium Polishers, Inc.
1033 N. 27th Ave
Melrose Park, IL 60160


MSC Industrial Supply Co., Inc.
PO Box 953635
St. Louis, MO 63195-3635


National Power Corporation
4330 W. Belmont Ave.
Chicago, IL 60641


Nicor Gas
PO Box 5407
Carol Stream, IL 60197-5407


North States Steel
12255 IL-173
Hebron, IL 60034


Northern Steel Industries Inc
7055 Veterans Blvd
Burr Ridge, IL 60527


Novation Industries
5151 Bolger Court
McHenry, IL 60050


Ocean Ore
781 Boston Post Rd.
Suite 4067
Madison, CT 06443


ODL
215 East Roosevelt
Zeeland, MI 49464


Oerlikon Balzers Coating USA Inc.
27228 Network Place
Chicago, IL 60673-1272

Case 19-81784    Doc 1    Filed 07/29/19    Entered 07/29/19 17:30:33    Desc Main
Chirch Global Manufacturing, LLC Page 24 of 36


Omron Automotive Electronics
Av Paraiso No. 344
Col. Las Colinas
Silao, GTO 36270-0000
Mexico


Omron c/o Reinhold F. Krammer
Masuda, Funai, Eifert & Mitchell, Ltd.
203 N. LaSalle Street, Suite 2500
Chicago, IL 60601-1262


Omron Manufacturing of America
3632 Stearn Ave
St. Charles, IL 60174


Panduit Corp
18900 Panduit Drive
Tinley Park, IL 60487


Paraflex Industries 2006, Inc
3 Luger Road, Unit 1
Denville, NJ 07834


Parker Tool & Die
20844 Park Ave
Mundelein, IL 60060


Paul York
8833 Winn Road
Spring Grove, IL 60081


Paychex HR Services
1175 John Street
West Henrietta, NY 14586-9199


Paychex of New York LLC
27545 Diehl Road Suite 400
Warrenville, IL 60555


Pelican Wireless Systems
2655 Collier Canyon Road
Livermore, CA 94551

Perfection Plating
775 Morse Avenue
Elk Grove Village, IL 60007-5184

Phoenix Metals Company
PO Box 932589
Atlanta, GA 31193-2589

Pioneer Metal Finishing
486 Globe Avenue
Green Bay, WI 54304

Pioneer Packaging
1280 Frontenac Road
Naperville, IL 60563

Plaspros Inc.
1143 Ridgeview Dr.
McHenry, IL 60050

Plum Grove Printing
2160 Stonington Avenue
Hoffman Estates, IL 60169

Pompilio Trucking Inc
PO Box 464
Fox River Grove, IL 60021

Precision Plating
Dept 20-1053
PO Box 5940
Carol Stream, IL 60197-5940

Precision Polymer Manufacturing
3915 Ravine Road
Kalamazoo, MI 49006

Precision Steel
PO Box 92582
Chicago, IL 60675-2582

Precision Waterjet Inc
684 Tek Drive
Crystal Lake, IL 60014

Precision Waterjet, Inc
684 Tek Drive
Crystal Lake, IL 60014


Pro Automation, Inc
PO Box 12
Winnebago, IL 61088


Promet Steel
PO Box 795
Bedford Park, IL 60499-0795


Purple Cat Courier Inc
1784 Goldsboro Lane
Crystal Lake, IL 60014


Quench USA, Inc.
PO Box 781393
Philadelphia, PA 19178-1393


Questek Mfg Corp
2570 Technology Dr.
Elgin, IL 60123


Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600


R&L Spring Company
1097 Geneva Pkwy
Lake Geneva, WI 53147


RelaDyne Mid-Town Petroleum
Mid-Town Acquisition LLC
PO Box 645332
Cincinnati, OH 45264-5332


Reliable Plating
1538 West Lake St.
Chicago,, IL 60607-1468


Renner & Co.
160 Chicago Street
Cary, IL 60013

Chirch Global Manufacturing, LLC

Resurrection Technical Services LLC
PO Box 579
Crete, IL 60417


Richard J Daley College
4101 West 76th Street
Chicago, IL 60652


Richardson Products
9408 Gulfstream Rd
Frankfort, IL 60423


Ridgefield Industries
8420 Railroad St
Crystal Lake, IL 60012


Riteway Brake Dies, Inc.
7440 W. 100th Place
Bridgeview, IL 60455


Rockford Bank & Trust
PO Box 1748
Rockford, IL 61110


Rockford Bank & Trust
c/o Donald Q. Manning
6735 Vistagreen Way
Rockford, IL 61107


Rockford Bank & Trust Company
127 N. Wyman St
PO Box 1748
Rockford, IL 61110


Rolled Alloys
Dept #33901
PO Box 67000
Detroit, MI 48267-0339


RTC Inc
2800 Golf Rd.
Rolling Meadows, IL 60008

Ryerson
J.T.Ryerson & Son, Inc.
24487 Network Place
Chicago, IL 60673-1244


S.W. Anderson Co.
2425 Wisconsin Avenue
Downers Grove, IL 60515


SCA
2929 Arch Street
Cira Centre Suite 2600
Philadelphia, PA 19104


SCA Americas
Cira Centre
Suite 2600
Philadelphia, PA 19104


Schebler Company
PO Box 310181
Des Moines, IA 50331-0181


Schneider National, Inc.
2567 Paysphere Circle
Chicago, IL 60674


Secretary of State - IL
501 S 2nd Street
Room 351
Springfield, IL 62756-5200


Sedona Technologies
600 35th Avenue
Moline, IL 61265


Site Tech Staffing, Inc.
8334 Veterans Highway
Millersville, MD 21108


Smith Enterprises Inc.
931 Dillon Drive
Wooddale, IL 60191

Smithers Quality Assessments
PO Box 76165
Cleveland, OH 44101-4755

Sno-belt Industries Inc.
1013 E. Kimball
Woodstock, IL 60098

Sound Enhancement, LLC
100 High Grove Blvd.
Glendale Heights, IL 60139

SP Products
730 Pratt Blvd
Elk Grove, IL 60007

Specialty Rolled Metals
423 St.Paul Blvd
Carol Stream, IL 60188

Spirol International Corporation
PO Box 6349
Carol Stream, IL 60197-6349

Stamp-Rite Services & Machine, Inc.
6 N 839 Thompson Avenue
St. Charles, IL 60174

Stanadyne Automotive
92 Deerfield Road
Windsor, CT 06095

Stanadyne Corporation
405 White Street
Jacksonville, NC 28546

Stanco Welder & Machinery Co.
500 E. Touhy Avenue
Des Plaines, IL 60018-2644

Staples Advantage
Staples Business Credit
PO Box 105638
Atlanta, GA 30348-5638

Chirch Global Manufacturing, LLC

Steel Warehouse
2722 West Tucker Drive Box 1377
South Bend, IN 46624

Sterling Commerce-73199
PO Box 73199
Chicago, IL 60673

Sterling Computer Products
16135 Covello Street
Van Nuys, CA 91406

Stern Steel, LLC
PO Box 734127
Chicago, IL 60673-4127

Steve Dunn
314 E Crystal Lake Ave
Crystal Lake, IL 60014

Stewart Systems Baking LLC
808 Stewart Ave
Plano, TX 75074

Superior Technologies
34 S. 7th Avenue
LaGrange, IL 60525

SWD Inc.
910 S. Stiles Drive
Addison, IL 60101-4913

Swenson Tool Die
283 Industrial Parkway
Campbellsport, WI 53010

Swiss EDM Wirecut Inc.
743 Pinecrest Drive
Prospect Heights, IL 60070

Tammy Baggio
607 Arthur Drive
Cary, IL 60013

Tandem L.E. Inc.
720 Industrial Dr.
Cary, IL 60013

Taylor Group
848 W. Eastman
Chicago, IL 60642

Technology & Manufacturing Association
1651 Wilkening Road
Shaumburg, IL 60173

The Custom Companies, Inc.
P.O. Box 3270
Northlake, IL 60164-3270

The Dura Wax Company, Inc.
4101 W. Albany Street
McHenry, IL 60050-4807

The Hartford
PO Box 660916
Dallas, TX 75266-0916

The Morey Corporation
100 Morey Dr.
Woodridge, IL 60517

Thomas Publishing Company LLC
5 Penn Plaza
New York, NY 10001

Three J's Industries, Inc.
701 Landmeier Rd.
Elk Grove Village, IL 60007

ThyssenKrupp
ThyssenKrupp Materials NA, Inc.
PO Box 2625
Carol Stream, IL 60132-2625

Time Messenger and Trucking, LTD
400 Bennett Road
Elk Grove Village, IL 60007-1007

TMF Plastic Solutions
12127B Galena Road
Plano, IL 60545


Tobin Solutions, Inc.
10437 Innovation Drive #420
Milwaukee, WI 53226


Transact Technologies Inc.
One Hamden Center
Hamden,, CT 06518-3509


Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Trinity Assets, LLC
Attn: Britt Casey
110 Hillshire Drive
Inverness, IL 60010


Trinity Assets, LLC
Attn: William Keeley
245 East Sidney Court
Villa Park, IL 60181


Trisha Hahn
31988 N Rockwell Drive
Lakemoor, IL 60051


Tristate Machinery, Inc.
129 S. Wheeling
Wheeling, IL 60090


Tru-Tone Finishing Inc.
128 S. Lombard Road
Addison, IL 60101


TRW Automotive Holding Company
9801 S Cage Blvd
Pharr, TX 78577

U.S. Bank
PO Box 790448
St. Louis, MO 63179-0448

U.S. Bank Equipment Finance
PO Box 230789
Portland, OR 97281

Uline
PO Box 88741
Chicago, IL 60680-1741

United Parcel Service
PO Box 724-0244
Philadelphia, PA 19170-0001

United Steel Group
3945 N. 25th Avenue
Schiller Park, IL 60176

UPS Freight
28013 Network Place
Chicago, IL 60673-1280

UPS Supply Chain Solutions, Inc
28013 Network Place
Chicago, IL 60673-1280

USM, Inc
2500 W. Fulton Street
Chicago, IL 60612

V&L Polishing, Inc.
341 W. Interstate
Addison, IL 60101

Vanguard Logistics
250 S Gary Avenue
Carol Stream, IL 60188

Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505


VG Pallets Inc
1006 O'Brian Street
Harvard, IL 60033


Victor Hernandez


Videojet
1500 Mittel Blvd.
Wood Dale, IL 60191


Vishay Cera-Mite Inc.
1327 Sixth Avenue
P. O. Box 166
Grafton, WI 53024-0166


Vishay Components (Huizhou) Co.
46, People Four Road
Huiyang District
Guangdong 00051-6211
China


Vitco Steel Supply Corp.
P.O. Box 220
Posen, IL 60469


Vitech Inc.
720 Industrial Drive
Cary, IL 60013-1992


Voya Retirement Insurance and Annuity
PO Box 2215
New York, NY 10116-2215


Waste Management
PO Box 4648
Carol Stream, IL 60197-4648


Welders Supply Company
P.O. Box 875
Beloit, WI 53512-0875

WeldStar Welding Supplies
1750 Mitchell Rd
Aurora, IL 60505


West Bend Mutual Insurance Co
1900 S. 18th Avenue
West Bend, WI 53095


Western First Aid and Safety
AUCA Western First Aid & Safety Lockbox
P.O. Box 734514
Dallas, TX 75373-4514


WICPA
W233N2080 Ridgeview Parkway
Waukesha, WI 53188-1019


Wieland Metals, Inc.
1160 Reliable Parkway
Chicago, IL 60686


Wilson Tool International
CM #9676
PO Box 70870
St. Paul, MN 55170-9676


Wine Sergi & Co LLC
1000 E Warrenville Rd
Naperville, IL 60563


Wipfli CPAs and Consultants
PO Box 3160
Milwaukee, WI 53201-3160


Wise Plastics Technologies
3810 Stern Avenue
St. Charles, IL 60174


Xact Wire EDM Corporation of Illinois
720 Industrial Dr
Cary, IL 60013

7/29/19 3:47PM

# United States Bankruptcy Court
## Northern District of Illinois

In re    Chirch Global Manufacturing, LLC

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Chirch Global Manufacturing, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Chirch II, LLC, a Wisconsin limited
liability company
585 Illinois Ave
Green Lake, WI 54941-9704

☐ None [*Check if applicable*]

July 29, 2019

Date

Erich S. Buck, Esq. #6274635

Signature of Attorney or Litigant

Counsel for    Chirch Global Manufacturing, LLC

Adelman & Gettleman, Ltd.
53 West Jackson Boulevard
Suite 1050
Chicago, IL 60604
312-435-1050 Fax:312-435-1059
esb@ag-ltd.com